Concur—
Breitel, J. P., Rabin, Stevens, Eager and Bastow, JJ.
ANTONIO CALUCCI v. IGNATIUS N. W. OLNINOK.—

Concur—Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.
ANGELINA NACLERIO, as Administratrix of the Estate of PHILIP NACLERIO, Deceased, v. MARGARET NACLERIO.—
Concur—Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.
MABEL WEINER v. DAVID WEINER et al. (Two Actions.)—
Concur—Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.
JOHN KOLE v. FRANCIS L. BROWN et al., Doing Business under the Name of BROWN & BLAUVELT.—
Concur—Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.
CAPRICE IMPORTS, INC. v. SOC. ACC. SEMPLICE CALZATURIFICIO VIBELSPORT DI VIBELLI & C. et al.—
Concur—Botein, P. J., Rabin, McNally, Eager and Bastow, JJ.
CITY BANK FARMERS TRUST COMPANY, as Trustee under Deed of Trust Made by BERNARR MACFADDEN for the benefit of MARY MACFADDEN, v. MARY MACFADDEN et al.—
Concur—Botein, P. J., Rabin, McNally, Stevens, and Eager, JJ.
JOHN HORODECKYI et al. v. UKRAINIAN AUTOCEPHALIC ORTHODOX CHURCH OF ST. VOLODIMIR, INC., et al.—
Concur—Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.
LOUIS COOPER v. BENJAMIN KAUFMAN.—
Concur—Breitel, J. P., Rabin, Stevens, Eager and Bastow, JJ.
In the Matter of DAVID MINDLIN v. LAWRENCE E. GEROSA, as Comptroller of the City of New York, et al.—
Concur—Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.
In the Matter of GANDOLFO A. TUMINELLO v. THEODORE H. LANG et al.—
Concur—Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.
In the Matter of ALEXANDER MAREK, Deceased. JULIA IOANNOU, Appellant; THE PEOPLE OF THE STATE OF NEW YORK et al., Respondents.—
Concur—Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.
DAYTON DEVELOPMENT FORT HAMILTON CORPORATION et al. v. CITY OF NEW YORK.—
Concur—Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.
MADELINE ASCHER, as Executrix of WILLIAM F. ASCHER, Deceased, v. MEYER W. ROSS.—
Concur—Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.
THOMAS CUCCIA, an Infant, by His Guardian ad Litem, JOSEPH CUCCIA, et al., v. MORRIS BATES et al.—
Concur—Breitel, J. P., Valente, Stevens, Steuer and Bastow, JJ.